970

No. 76–6434. HOUSAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–6466. BAKER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 76–6470. JINKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6477. STURDEVANT v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 76–6481. ALTSTADT v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–6486. JACKSON v. DAVIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–6512. WOODS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6516. MELLOR v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 76–6558. OWENS v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 76–6592. ROSSETTI v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–6622. PATTERSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 76–6626. LIPSCOMB v. LIBBY ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–6628. MYDELL v. GEORGIA. Sup. Ct. Ga. Certiorari denied.